Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois _____

In re _Elston Harris_,
Debtor

Case No. 07-20708

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ _100_  Check one ☐ With the filing of the petition, or
                       ☐ On or before _____
    
    $ _100_  on or before _11-28-07_
    
    $ _74_   on or before _12-06-07_
    
    $ _____  on or before _____

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV - 6 2007

KENNETH S. GARDNER, CLERK
PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____
Signature of Attorney      Date

_____  _11/6/07_
Signature of Debtor        Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____  _____
Signature of Joint Debtor (if any)   Date

NOV 06 2007

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

District Of _____ Illinois _____

In re _____,          Case No. _____
           Debtor

                                                                                                                       Chapter _____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one   ☐   With the filing of the petition, or
                                               ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                                                  BY THE COURT

Date: NOV 06 2007                                      **KENNETH S. GARDNER**
                                                                           **Clerk, U.S. Bankruptcy Court**

                                                                           Kenneth S. Gardner Clerk of the Court