IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Elston T

Printed: 1/22/08

Case Number: 07 B 20708
Judge: Hollis, Pamela S

Filed: 11/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 6. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 7. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 8. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 9. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 10. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 11. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 12. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 13. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 14. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 15. | Ocwen Loan Servicing LLC | Unsecured | 0.00 | 0.00 |
| 16. | GRP Financial Services Corporation | Unsecured | 0.00 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 18. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Elston T | Case Number:  07 B 20708 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/22/08 | Filed:  11/6/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

